UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:19-cr-00011-RLY-MPB |
| | ) |
| REX THOMAS ABELL, III, | ) -01 |
| | ) |
| Defendant. | ) |

**REPORT AND RECOMMENDATION**

On October 24, 2022 and November 2, 2022, the Court held hearings on the Petition for Warrant for Violation of Supervised Release, filed on September 28, 2022. (Docket No. 45). Defendant Abell appeared in person with appointed counsel Barry Blackard. The government appeared by Lauren Wheatley, Assistant United States Attorney. The United States Probation and Parole Office appeared by Officer Andrea Hillgoth.

This matter was referred to the Magistrate Judge to conduct a hearing and make a report and recommendation as to the disposition. (Docket No. 48). The defendant was advised that the District Judge is not bound to accept the Report and Recommendation.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Abell of his rights and provided him with a copy of the petition.

2. Defendant orally waived his right to a preliminary hearing.

3. After being placed under oath, Defendant Abell admitted violations No. 1, 2, 3, 4 and 5 (Docket No. 45).

4. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| | Violation Number | Nature of Noncompliance |
|---|---|---|
| | 1 | "You shall reside in a residential reentry center for a term of up to 180 days. You shall abide by the rules and regulations of the facility." <br><br> On September 26, 2022, Rex Abell was terminated from the residential reentry center due to rule violations. |
| | 2 | "You shall not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g. synthetic marijuana, bath salts, Spice, glue, etc.) that impair a person's physical or mental functioning, whether or not intended for human consumption." <br><br> On September 12, 2022, Rex Abell provided a urinalysis that confirmed positive for synthetic cannabinoids. |
| | 3 | "You shall submit to substance abuse testing to determine if you have used a prohibited substance or to determine compliance with substance abuse treatment. Testing may include no more than 8 drug tests per month. You shall not attempt to obstruct or tamper with the testing methods." <br><br> On September 21, 23, and 26, 2022, Rex Abell failed to appear for substance abuse testing. |
| | 4 | "You shall not use or possess alcohol." <br><br> As previously reported to the Court, on August 22, 2022, Rex Abell tested positive and admitted to consuming alcohol. |
| | 5 | "You shall not commit another federal, state, or local crime." <br><br> As previously reported to the court, on July 15, 2022, Mr. Abell was arrested in Vanderburgh County, Indiana, under case number 82D01-2207-CM-004025, for Domestic Battery, Class A Misdemeanor. The case is still pending. |

5. The parties stipulated that:

    (a) The highest grade of violation is a Grade **C** violation.

    (b) Defendant's criminal history category is **V**.

    (c) The advisory range of imprisonment applicable upon revocation of supervised release, therefore, is **7-13** months' imprisonment.

The Parties jointly recommend a sentence of twenty-four (24) months imprisonment with no further supervision to follow.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he be sentenced to the custody of the Attorney General or his designee for a period of twenty-four (24) months with no further supervision upon release.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties have fourteen days after being served a copy of this Report and Recommendation to serve and file written objections with the District Judge.

Dated: November 7, 2022

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal